UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAM KOPPE,<br><br>Petitioner,<br><br>v.<br><br>R. DAVIS,<br><br>Respondent. | No. 2:16-cv-1296-JAM-EFB P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court notes that the objections lodged by petitioner appear to have little to do with the substance of his recent motion under FRCP 60(b) (ECF No. 19) or the magistrate judge's

1

recommendation that that motion be denied (ECF No. 20).  The motion before this court requests an order directing San Quentin State Prison's mail coordinator to produce incoming legal mail records.  ECF No. 19 at 2-3.  By contrast, the objections appear to relate to the petition for habeas corpus, which has already been denied and to which petitioner did not file timely objections.  The court recognizes that petitioner has alleged issues with receiving prison mail, but the manner in which these late objections were submitted is inappropriate and the court declines to consider them.  Put simply, the court will not reward or endorse a litigative "bait and switch."

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 20, 2019, are adopted in full; and

2.  Petitioner's motion for relief from judgement (ECF No. 19) is DENIED.

DATED: June 10, 2019

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE